UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LAWRENCE E. HAYNES, | Case No. 1:11-cv-185 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Stephanie K. Bowman |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 12); AND (2) TERMINATING THIS CASE FROM THE DOCKET**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on January 20, 2012, submitted a Report and Recommendations. (Doc. 12). The Plaintiff subsequently filed Objections to the Report and Recommendations. (Doc. 13).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.[1] Upon consideration of the foregoing, the Court does

---

[1] Plaintiff argues that the Magistrate Judge did not address the closed period of disability because she "only listed three specific errors." (Doc. 13 at 3). However, the Magistrate Judge expressly states in her Report and Recommendations that Plaintiff's argument that the ALJ erred in failing to find a closed period of disability "focuses primarily on the ALJ's alleged errors in the weighing of the medical evidence and as such, this error will be considered in the Court's analysis of Plaintiff's second and third assignments of error." (Doc. 12 at fn 1). Moreover, the Magistrate Judge does in fact address the closed period in her discussion of the second and third assignments of error.

-2-

determine that such Report and Recommendations should be and is hereby adopted in its entirety; and Plaintiff's Objections to the Report and Recommendations are overruled.

Accordingly:

1. The Report and Recommendations (Doc. 12) is **ADOPTED**; and

2. This case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED**.

Date: 3/26/2012

_____
Timothy S. Black
United States District Judge