# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**LAWRENCE E. HAYNES,**

    Plaintiff,

**-vs-**

            **CASE NO.    1:11-CV-185**

            **Judge Timothy S. Black**
            **Magistrate Judge Stephanie K. Bowman**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate (Doc. 12) is **ADOPTED**; and that the case is **TERMINATED** from the docket of the Court.

Date:  March 26, 2012                         **JAMES BONINI, CLERK**

                                                     By: <u>s/ M. Rogers</u>
                                                     Deputy Clerk